# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>DTL MECHANICAL, LLC, SCOTT EVANS and MARIA EVANS,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 17-01224 |

## ORDER

**AND NOW**, this 30th day of March, 2018, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 14), Defendants' Response (EC No. 17), and Plaintiff's Reply (ECF No. 18), it is **ORDERED** that Plaintiff's Motion is **GRANTED**. Judgment is entered for the Plaintiff.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
